UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ONE TREASURE LIMITED, INC., | § | |
| *Plaintiff* | § | |
| | § | **A04CA449 SS** |
| | § | |
| V. | § | Civil Action No. _____ |
| | § | Jury |
| WILLIAM W. RICHARDSON, | § | |
| a/k/a WILL RICHARDSON, | § | |
| d/b/a WWW.FINE-ART-MAPS.COM | § | |
| *Defendant* | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW PLAINTIFF, One Treasure Limited, Inc. ("One Treasure Limited"), and files this its Original Complaint, complaining of DEFENDANT, William W. Richardson, a/k/a Will Richardson, d/b/a "**www.fine-art-maps.com**," and in support thereof would show as follows:

### I. PARTIES

1.      Plaintiff is a domestic corporation doing business in this state with its principal headquarters in Austin, Travis County, Texas.

2.      Defendant is an individual residing in Travis County, Texas, and may be served with process at any of the following addresses:  7206 Silvermine Dr, Austin, Texas 78736, or 12407 North Mopac, Building 100, #186, Austin, Texas 78758.

### II. JURISDICTION & VENUE

3.      This action arises under the Copyright Act of 1976, Title 17, United States Code. Subject matter jurisdiction is founded on Title 28, United States Code § 1338(a).

4.      This Court has jurisdiction over the Defendant in that he resides and does business in this State.  Specifically, the actions set forth below were directed by Defendant while

located in Travis County, Texas.

5.      For the same reasons justifying jurisdiction in this State, venue is conferred in this judicial district by Title 28, United States Code, Section 1400(a).

### III.  FACTS COMMON TO ALL CAUSES OF ACTION

6.      Plaintiff is engaged in the business of creating, producing, and marketing antique-style maps of the Caribbean islands, Texas, Alaska, the United States, and parts of Europe. These maps are sold as large printed copies of their respective originals, post cards, and in other mediums.

7.      Plaintiff is the owner of the copyrights to certain maps germane to this suit, entitled as follows:   "Belize," "Caribbean," "Bahamas," "Virgin Islands," "Cuba," and "Cozumel," ("Registered Maps"); as well as "Ambergris Cay," "Grand Cayman," "Jamaica," "Puerto Rico," and "Quintana Roo" ("Pending Registration Maps") (collectively "Maps"). Copies of the Maps are attached as Exhibit A.  All of the Maps are copyrightable works under the federal Copyright Act of 1976, Title 17, United States Code.  The Registered Maps are registered with the United States Copyright Office, as follows:

| Map Title | Registration No. | Registration Date |
|---|---|---|
| Belize | VA 1-171-196 | January 29, 2002 |
| Virgin Islands | VA 1-146-553 | May 1, 2002 |
| Cuba | VA 1-128-087 | January 29, 2002 |
| Cozumel | VA 1-128-088 | January 29, 2002 |
| Caribbean | VA 1-128-089 | January 29, 2002 |
| Bahamas | VA 1-146-551 | May 1, 2002 |

Copies of the copyright registrations are attached hereto as Exhibit C.

8.     In regard to the Pending Registration Maps, Plaintiff has complied with the statutory formalities for registration of the maps for a copyright with the United States Copyright Office. Specifically, on or about July 13, 2004, Plaintiff transmitted to the United States Copyright Office, by certified mail service of the United States Postal Service, the required registration application, fee, and deposit material for each map not yet registered.

9.     Plaintiff is the owner of the entire right, title, and interest in all of the Maps, and the copyrights thereon.

10.     Defendant is in the business of distributing antique style maps, primarily of various countries in the Caribbean region. Defendant maintains a website promoting and distributing his maps at "**www.fine-art-maps.com.**" Without the consent of Plaintiff, and in complete disregard of Plaintiff's rights, Defendant has infringed and is infringing Plaintiff's aforementioned rights in the Maps. Specifically, Defendant has reproduced the Maps and sold them to customers in person and through his website. Copies of the infringing maps as printed from Defendant's website are attached as Exhibit B.

## IV.  CAUSES OF ACTION

11.     Defendant's use and sale of the Maps constitutes an infringing act or series of actions as defined and as actionable under the federal Copyright Act of 1976, Title 17, United States Code. Defendant's activities also constitute unfair competition with Plaintiff.

### A) DAMAGES

#### a.  Damages Under 17 U.S.C.A. § 504(b).

12.     Plaintiff has been damaged by the infringing acts and unfair competition of Defendant as measured by the fair market license fee for the Maps when the uses of same are

unauthorized by the copyright owner.  Plaintiff is further entitled to any profits made by

Defendants from its infringing acts.  Both measures of damages are prescribed by 17 United

States Code Annotated, Section 504(b).

### b.  Damages Under 17 U.S.C.A. §504(c).

13.     For the Registered Maps, Plaintiff is entitled to the statutory damages set forth in

17 United States Code, Section 504(c), as an alternative to the actual damages and profit

resulting from Defendants use and sale of same.  Specifically, Plaintiff is entitled to a minimum

of $750.00 and a maximum of $30,000.00 for each of the six Registered Maps that were

infringed.

14.     In addition, Defendant's infringement of the Registered Maps was willful in that

he had actual knowledge of the infringements, or acted in reckless disregard of the possibility

that his sale of the Registered Maps would infringe Plaintiff's copyrights.  Specifically,

Defendant was socially acquainted with Plaintiff's sole shareholder and officer, Victor Baker,

prior to the infringements, and was knowledgeable of the nature of Plaintiff's business of selling

the Maps.  For said willful infringement, Plaintiff is entitled to $150,000.00 for each of the six

Registered Maps that was infringed.

### B)  ATTORNEYS' FEES

15.     For the Registered Maps, Plaintiff is entitled to recovery of its costs and

attorneys' fees reasonably incurred in pursuit of this action as set forth by 17 United States Code

Annotated §505.

### V.  JURY DEMAND

16.     Plaintiff demands trial by jury as to this action.

F:\Clients\19000\19632 - Baker, Vic General File\19632 09 Baker, Vic-Fine-Art-Maps.com\ORIG PETITION - jmw.doc - JMW

# PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendant be cited to appear and answer herein, and that upon final trial, Plaintiff have the following:

a)  Such damages as Plaintiff has sustained in consequence of Defendant's infringement of Plaintiff's copyright, Defendant's unfair trade practices and unfair competition, and an accounting for all gains, profits, and advantages derived by Defendant through such infringement, trade practices, and unfair competition;

b)  In the alternative, for the Registered Maps, Plaintiff seeks statutory damages as set forth by 17 U.S.C.A. §504(c), as well as an increase is said award for Defendant's willful infringement of same;

c)  Attorneys' fees and costs reasonably incurred as provided by 17 U.S.C.A. §505; and,

d)  such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**BLAZIER, CHRISTENSEN, BIGELOW & VIRR, P.C.**
Attorneys and Counselors at Law
221 West Sixth Street
1500 Bank One Tower
Austin, Texas 78701
512 476 2622
(Fax) 512 476 8685

JUSTIN M. WELCH
Texas State Bar No.:  24003876
**ATTORNEYS FOR PLAINTIFF**

F:\Clients\19000\19632 - Baker, Vic General File\19632 09 Baker, Vic-Fine-Art-Maps com\ORIG PETITION - jmw doc - JMW



PLAINTIFF'S EXHIBIT _____ A













COZUMEL











PLAINTIFF'S EXHIBIT



















# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*



FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-146-551

EFFECTIVE DATE OF REGISTRATION

5 - 1 - 02

Month   Day   Year

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

BAHAMAS

NATURE OF THIS WORK ▼ See instructions

WATER COLOR PAINTING

PREVIOUS OR ALTERNATIVE TITLES ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**

NAME OF AUTHOR ▼

**a**  VICTOR W. BAKER

DATES OF BIRTH AND DEATH
Year Born ▼ 1954      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Check appropriate box(es)  **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

NAME OF AUTHOR ▼

**b**

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Check appropriate box(es)  **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**3**

**a**

Year in Which Creation of This Work Was Completed  1997
This information must be given in all cases

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 1   Year ▶ 1997
UNITED STATES OF AMERICA      ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

VICTOR W. BAKER
701 BRAZOS STREET, SUITE 500
AUSTIN, TEXAS 78701   USA

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
MAY 01 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 01 2002
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

PLAINTIFF'S EXHIBIT _____

FORM VA

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give  **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

**a**

See instructions
before completing
this space

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                         Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

**b**

JUSTIN M. WELCH
BLAZIER, CHRISTENSEN, BIGELOW & VIRR, P.C.
221 WEST 6TH STREET, SUITE 1500
AUSTIN, TEXAS  78701   USA

Area code and daytime telephone number ▶ ( 512 ) 476-2622            Fax number ▶ ( 512 ) 476-8685

Email▶ JWELCHJD@TEXAS.NET

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

VICTOR W. BAKER                                    Date▶ 1/22/02

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
JUSTIN M. WELCH
BLAZIER, CHRISTENSEN, BIGELOW & VIRR, P.C.
Number/Street/Apt ▼
221 WEST 6TH STREET, SUITE 1500
City/State/ZIP ▼
AUSTIN, TEXAS  78701

**9**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application Form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

As of July 1, 1999,
the filing fee for
Form VA is $30

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV June 1999

♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/71

# CERTIFICATE OF REGISTRATION

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**VA 1-128-088**

*Marybeth Peters*

OFFICIAL SEAL      REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE
1 · 29 · 02
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

## 1

**TITLE OF THIS WORK ▼**

COZUMEL

**NATURE OF THIS WORK ▼** See instructions

WATER COLOR PAINTING

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

## 2

**NAME OF AUTHOR ▼**

**a**  VICTOR W. BAKER

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1954

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

### NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es)  **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es)  **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

## 3

**a**  Year in Which Creation of This Work Was Completed
1997 ◀ Year  This information must be given in all cases

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 1   Year ▶ 1997
UNITED STATES OF AMERICA   ◀ Nation

---

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

VICTOR W. BAKER
701 BRAZOS STREET, SUITE 500
AUSTIN, TEXAS 78701   USA

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JAN 29 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 29 2002
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give  Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

See instructions
before completing
this space

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

JUSTIN M. WELCH
BLAZIER, CHRISTENSEN, BIGELOW & VIRR, P.C.
221 WEST 6TH STREET, SUITE 1500
AUSTIN, TEXAS  78701   USA

Area code and daytime telephone number ▶ (512) 476-2622        Fax number ▶ (512) 476-8685

Email ▶  JWELCHJD@TEXAS.NET

**8**

**CERTIFICATION\*** I the undersigned, hereby certify that I am the

check only one ▶   ☒ author
                   ☐ other copyright claimant
                   ☐ owner of exclusive right(s)
                   ☐ authorized agent of _____
                     Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date

VICTOR W. BAKER                                Date ▶  1/22/02

Handwritten signature (X) ▼

X _____

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
JUSTIN M. WELCH
BLAZIER, CHRISTENSEN, BIGELOW & VIRR, P.C.

Number/Street/Apt ▼
221 WEST 6TH STREET, SUITE 1500

City/State/ZIP ▼
AUSTIN, TEXAS  78701

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money
  order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999
the filing fee for
Form VA is $30

\*17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application  shall be fined not more than $2 500
June 1999—100,000                    ♻ PRINTED ON RECYCLED PAPER              ☆U S  GOVERNMENT PRINTING OFFICE  1999-454-879/71
WEB REV  June 1999

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



VA 1-128-087

EFFECTIVE DATE OF REGISTRATION

1 - 29 - 02

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

CUBA

**NATURE OF THIS WORK ▼** See instructions

WATER COLOR PAINTING

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a**  VICTOR W. BAKER

**DATES OF BIRTH AND DEATH**
Year Born ▼  1954    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es)  **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es)  **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed  1997
This information must be given
◄ Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ February    Day ▶ 1    Year ▶ 1997
UNITED STATES OF AMERICA    ◄ Nation

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

VICTOR W. BAKER
701 BRAZOS STREET, SUITE 500
AUSTIN, TEXAS 78701    USA

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JAN 29 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 29 2002

FUNDS RECEIVED

DO NOT WRITE HERE   FOR USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 2 pages

FORM V

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIG
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

JUSTIN M. WELCH
BLAZIER, CHRISTENSEN, BIGELOW & VIRR, P.C.
221 WEST 6TH STREET, SUITE 1500
AUSTIN, TEXAS  78701   USA

Area code and daytime telephone number ▶ ( 512 ) 476-2622          Fax number ▶ ( 512 ) 476-8685

Email ▶  JWELCHJD@TEXAS.NET

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

VICTOR W. BAKER                              Date ▶ 1/22/02

Handwritten signature (X) ▼

X _____

**8**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼  JUSTIN M. WELCH
BLAZIER, CHRISTENSEN, BIGELOW & VIRR, P.C.

Number/Street/Apt ▼  221 WEST 6TH STREET, SUITE 1500

City/State/ZIP ▼  AUSTIN, TEXAS  78701

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form VA is $30

**9**

*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application  shall be fined not more than $2,500

June 1999—100,000
WEB REV  June 1999

🜂 PRINTED ON RECYCLED PAPER

☉U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/71

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VA 1-146-553

EFFECTIVE DATE OF REGISTRATION

5 - 1 - 02
Month     Day     Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

**TITLE OF THIS WORK ▼**

VIRGIN ISLANDS

**NATURE OF THIS WORK ▼** See instructions

WATER COLOR PAINTING

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

**a**   **NAME OF AUTHOR ▼**

VICTOR W. BAKER

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1954

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

---

**3**

**a**   Year in Which Creation of This Work Was Completed
1997 ◀ Year
This information must be given in all cases

**b**   Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 1   Year ▶ 1997
UNITED STATES OF AMERICA   ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

VICTOR W. BAKER
701 BRAZOS STREET, SUITE 500
AUSTIN, TEXAS 78701   USA

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
MAY 0 1 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 0 1 2002
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give  Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

a

See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

JUSTIN M. WELCH
BLAZIER, CHRISTENSEN, BIGELOW & VIRR, P.C.
221 WEST 6TH STREET, SUITE 1500
AUSTIN, TEXAS   78701   USA

Area code and daytime telephone number ▶ ( 512 ) 476-2622            Fax number ▶ ( 512 ) 476-8685

Email ▶ JWELCHJD@TEXAS.NET

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶

☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

VICTOR W. BAKER                                      Date ▶ 1/22/02

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
JUSTIN M. WELCH
BLAZIER, CHRISTENSEN, BIGELOW & VIRR, P.C.

Number/Street/Apt ▼
221 WEST 6TH STREET, SUITE 1500

City/State/ZIP ▼
AUSTIN, TEXAS   78701

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form VA is $30

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500*

June 1999—100 000
WEB REV June 1999                    ♻ PRINTED ON RECYCLED PAPER                    ☆U S GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VA 1-171-196

**EFFECTIVE DATE OF REGISTRATION**

JAN 29 2002

| Month | Day | Year |

RATE CONTINUATION SHEET.

**1** **TITLE OF THIS WORK ▼**

BELIZE

**NATURE OF THIS WORK ▼** See instructions

WATER COLOR PAINTING

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** **NAME OF AUTHOR ▼**

**a** VICTOR W. BAKER

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1954   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of ▶ USA
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3** **a** Year in Which Creation of This Work Was Completed 1997 ◀ This information must be given Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ February Day▶ 1 Year▶ 1997
UNITED STATES OF AMERICA ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

VICTOR W. BAKER
701 BRAZOS STREET, SUITE 500
AUSTIN, TEXAS 78701   USA

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

APPLICATION RECEIVED NOV. 19, 20
ONE DEPOSIT RECEIVED Jan 29 2002
TWO DEPOSITS RECEIVED Jan 29, 2002
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

FORM VA

CHECKED BY

☒ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

World Atlas

**6**
a
See instructions before completing this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Original Artwork

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

JUSTIN M. WELCH
BLAZIER, CHRISTENSEN, BIGELOW & VIRR, P.C.
221 WEST 6TH STREET, SUITE 1500
AUSTIN, TEXAS  78701   USA

Area code and daytime telephone number ▶ (512) 476-2622        Fax number ▶ (512) 476-8685

Email ▶ JWELCH.JD@TEXAS.NET

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

VICTOR W. BAKER                        Date ▶ 1/22/02

Handwritten signature (X) ▼
X

Certificate will be mailed in window envelope to this address:

Name ▼  JUSTIN M. WELCH
BLAZIER, CHRISTENSEN, BIGELOW & VIRR, P.C.

Number/Street/Apt ▼
221 WEST 6TH STREET, SUITE 1500

City/State/ZIP ▼
AUSTIN, TEXAS  78701

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

As of July 1, 1999, the filing fee for Form VA is $30.

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999

♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71



# CERTIFICATE OF REGISTRATION



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**VA 1-128-089**

EFFECTIVE DATE OF REGISTRATION

1 - 29 - 02
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

**TITLE OF THIS WORK ▼**

CARIBBEAN

**NATURE OF THIS WORK ▼** See instructions

WATER COLOR PAINTING

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**

VICTOR W. BAKER

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1954

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es)  **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es)  **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed** 1997
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month February    Day 1    Year 1997
UNITED STATES OF AMERICA    ◀ Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

VICTOR W. BAKER
701 BRAZOS STREET, SUITE 500
AUSTIN, TEXAS 78701    USA

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JAN 29 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 29 2002
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 6

DO NOT WRITE HERE

Page 1 of ___ pages

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼                              **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

JUSTIN M. WELCH
BLAZIER, CHRISTENSEN, BIGELOW & VIRR, P.C.
221 WEST 6TH STREET, SUITE 1500
AUSTIN, TEXAS  78701  USA

Area code and daytime telephone number ► ( 512 ) 476-2622        Fax number ► (512) 476-8685

Email ► JWELCHJD@TEXAS.NET

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ►
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

VICTOR W. BAKER                              Date ► 1/22/02

Handwritten signature (X) ▼

X _____

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼  JUSTIN M. WELCH
BLAZIER, CHRISTENSEN, BIGELOW & VIRR, P.C.
Number/Street/Apt ▼
221 WEST 6TH STREET, SUITE 1500
City/State/ZIP ▼
AUSTIN, TEXAS  78701

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

As of July 1, 1999,
the filing fee for
Form VA is $30

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999— 100,000        ♲ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999